■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLEAVON PRINCE, Appellant. [671 NYS2d 297] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (J. Goldberg, J.), rendered June 27, 1994, convicting him of murder in the second degree and burglary in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes*, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see*, CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review (*see*, CPL 470.05 [2]) or without merit. Ritter, J. P., Thompson, Goldstein and McGinity, JJ., concur.